# United States District Court RETURN

## EASTERN DISTRICT OF LOUISIANA

RECEIVED
UNITED STATES MARSHAL
2005 JUL 14 AM 10:44
EASTERN DISTRICT OF
LOUISIANA

UNITED STATES OF AMERICA

v.

KEITH TOBIAS

**WARRANT FOR ARREST**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUL 14 AM 10:05
LORETTA G. WHYTE
CLERK

CASE NUMBER: CR 00-1 "N"

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Keith Tobias, 1223 St. Mary Street, Apt. E, New Orleans, LA**

**70130** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of    ( ) Probation    (X) Supervised Release    ( ) Violation
                                                          Court          Violation        Violation Petition        Notice
                                                                         Petition

charging him or her with alleged violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**                              **CLERK**
Name of Issuing Officer                           Title of Issuing Officer

                                                  **July 8, 2005   New Orleans, Louisiana**
Signature of Issuing Officer                      Date and Location

*(signature)*
(By) Deputy Clerk

Bail fixed at $_____    by _____    Fee_____
                                               Name of Judicial Officer    ___ Process_____
                                                                           _X_ Dktd_____
                                                                           ___ CtRmDep_____
                                                                           ___ Doc. No._____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 600 Poydras St, New Orleans, LA |

| DATE RECEIVED 7/8/05 | NAME AND TITLE OF ARRESTING OFFICER Dusm Doug Farrell | SIGNATURE OF ARRESTING OFFICER *(signature)* |
|---|---|---|
| DATE OF ARREST 7/12/15 | | |