MINUTE ENTRY
MOORE, M.J.
JULY 12, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                NO. 00-00170

KEITH TOBIAS                                          SECTION "N"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL
              X / ASST. U. S. ATTORNEY _Bry Simpson for Duane Evans_
              X / PROBATION OFFICER BRIAN BOND
              __ / INTERPRETER, _____, SWORN (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ SUMMARIZED WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_July 22, 2005 at 10:00 AM_
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_July 14, 2005 at 2:00 p.m._
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
   BEFORE UNITED STATES DISTRICT JUDGE KURT ENGELHARDT

MJSTAR: :05

Fee _____
Process _____
X / Ktd _____
   CtRmDep _____
   Doc. No _____