FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 13 PM 2: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CR. NO. 00-001 N

| UNITED STATES OF AMERICA | ) | **O R D E R** |
|---|---|---|
| | ) X / | Appointing Counsel |
| VERSUS | ) _ / | Substituting Counsel For: |
| | ) | _____ |
| KEITH TOBIAS | ) _ / | Ratifying Prior Service |
| | _ / | Extending Appointment for Appeal |

CHARGE: SUPERVISED RELEASE VIOLATIONS

_ Felony    _ Misdemeanor

[X] The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:
**VIRGINIA LAUGHLIN SCHLUETER, FEDERAL PUBLIC DEFENDER,
500 POYDRAS STREET, ROOM 318, HALE BOGGS FEDERAL BUILDING
NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

[ ] Federal Public Defender is appointed for the limited purpose of:
_____

[ ] It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is not totally indigent.

[ ] IT IS FURTHER ORDERED that the defendant pay to the Clerk, U.S. District Court, for services of counsel, the total amount of $_____
to be paid within 10 working days or by _____.

[ ] IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on JULY 12, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit-Clerk's Office (Only if defendant is ordered to pay)

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____
FOR _____ AT _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): Keith Tobias

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☒ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) _____

**DOCKET NUMBERS**
Magistrate: _____
District Court: 00-170N
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
Supervised Release Violator

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: Anthony Landscaping Harahan La.
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment 3/05
How much did you earn per month? $ 1,200.00
If married is your Spouse employed? N/A ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 6
List persons you actually support and your relationship to them:
Ginic Tobin (Daughter)
Koby Tobias (Son 11)   Junice Tobias Daughter 6 mo. old
DeCarlo Wright (Son 12)
Dominice Wright (Daughter 13)
Keshanda W. (Daughter 13)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: No Bills, lives with Mother
Creditors / Total Debt / Monthly Payt. — _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/12/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Keith Tobias