FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 25 AM 10: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-170 |
| v. | * | SECTION: "N" |
| KEITH TOBIAS | * | |

\* \* \*

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **KEITH TOBIAS** appear before this Court on the 3rd day of August, 2005 at 9:30 o'clock a.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 22nd day of July, 2005.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

- 3 -

___ Fee ___
___ Process ___
X Dktd ___
✓ CtRmDep ___
___ Doc. No. ___