UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                **CRIMINAL ACTION**

**VERSUS**                                  **NUMBER 00-170**

**KEITH TOBIAS**                            **SECTION "N"**

### ORDER

**IT IS ORDERED** that the revocation hearing in this matter has been re-scheduled to Wednesday, August 3, 2005, at 9:00 a.m.

New Orleans, Louisiana, this  2nd  day of August 2005.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE