MINUTE ENTRY
ENGELHARDT, J.
AUGUST 3, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

KEITH TOBIAS

CRIMINAL  DOCKET

NO. 00-170

SECTION "N"

## JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, AUGUST 3, 2005 AT 9:00 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER:  Cathy Pepper

APPEARANCES: Nils Kessler, AUSA
              John Craft, FPD

**RULE TO REVOKE SUPERVISED RELEASE:**

Defendant present.
Stipulations entered as to the allegations in the Rule to Revoke Supervised Release.
Court finds that the defendant has violated the terms of his supervised release.
See Judgement in the record for the sentence imposed.
Defendant remanded.

JS-10:  0:20

___ Fee_____
___ Process._____
**X** Dktd._____
___ CtRmDep_____
___ Doc. No._____